# Buell, Trustee, *v.* Williamsport Staple Co., Appellant.

*Contracts—Lease—Machinery—Lessee's option to purchase—Exercise of option—Subsequent bankruptcy of lessor—Lessee's liability for purchase price.*

Where a corporation leased certain machinery and equipment to another company giving the latter the right to purchase same at a fixed price and providing that if lessor filed a petition in bankruptcy title should immediately pass to defendant, and defendant thereafter elected to purchase before proceedings in bankruptcy were instituted, its liability to pay the purchase-price became fixed and in an action by the trustee in bankruptcy, who sued in affirmance of the contract and did not interfere with defendant's possession of the property, a verdict was properly directed for the plaintiff.

Argued Feb. 18, 1918. Appeal, No. 281, Jan. T., 1917,

by defendant, from judgment of C. P. Lycoming Co., Sept. T., 1916, No. 195, on directed verdict for plaintiff, in case of Edwin D. Buell, Trustee of the G. A. Webster. Company, v. Williamsport Staple Company. Before POTTER, STEWART, FRAZER and WALLING, JJ. Affirmed.

Assumpsit on a contract. Before WHITEHEAD, P. J. The opinion of the Supreme Court states the facts.

Verdict for plaintiff by direction of the court for $2,-957.20 and judgment thereon. Defendant appealed.

*Error assigned* was in directing a verdict for the plaintiff.

*C. E. Sprout,* with him *John E. Cupp,* for appellant.

*Mortimer C. Rhone,* with him *A. R. Jackson,* for appellee.

PER CURIAM, April 22, 1918:

Under its contract with the G. A. Webster Company, the defendant acquired the right to use the machinery and equipment of that company during the period of the contract. It also had the right to purchase the machinery and equipment, together with the stock and merchandise at a fixed price. It was further provided that, in case a petition in bankruptcy was filed against the Webster company, title to the machinery, equipment and merchandise should immediately vest in the defendant company upon certain conditions set forth. The defendant, however, exercised its right under the contract and became the purchaser of the property of the Webster company, before any proceedings in bankruptcy were instituted, and its liability to pay for the property the price named in the contract, therefore, became fixed. The trustee in bankruptcy brought this suit in affirmance of the contract, and there was no interference with defendant's possession of the property. The court below

was right in directing a verdict for the plaintiff, and in overruling defendant's motion for judgment non obstante veredicto. The judgment entered upon the verdict for the plaintiff is, therefore, affirmed.